UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALID AL KHORI,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN MESA VERDE, et al.,<br><br>          Respondents. | Case No.  26-cv-00319-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

Walid Al Khori has filed a petition for the writ of habeas corpus challenging his ongoing detention at the Mesa Verde ICE processing center, which is in the Eastern District of California. (Dkt. No. 1, "Petition.")  Petitioner does not state whether he was detained in the Northern District of California at the time the Petition was filed.  Because "habeas petitions must be filed in the district of confinement," *Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024), it is unclear whether the Court has jurisdiction over the Petition.

Petitioner shall immediately provide a copy of this Order, the Petition, and all related exhibits to Respondents such that they receive actual notice as soon as practicable, and Petitioner shall file proof of such service by no later than **January 14, 2026, at 5:00 p.m.**  By that same deadline, Petitioner shall either file a statement that he was detained in this District at the time he filed this Petition, or show cause why this case should not be transferred to the Eastern District of California.

Pursuant to 28 U.S.C. § 2243, Respondents are ordered to show cause why the Petition should not be granted.  Respondents must return the order to show cause by **January 20, 2026**. Good cause exists for extending this deadline beyond the three-day limit set in section 2243,

1

because it would be unreasonable to require a response in less than two days when there is no indication that Respondents have been served and there is not sufficient information to determine whether the petition should remain in this District.

A hearing on the Petition is set for **January 22, 2026 at 10:00 a.m. via Zoom.**

Respondents are barred from removing Petitioner from the United States until further order of the Court, so as to preserve this Court's jurisdiction over the Petition.

**IT IS SO ORDERED.**

Dated: January 13, 2026

RITA F. LIN
United States District Judge

2